*In re* CONFERENCIA JUDICIAL DE PUERTO RICO, SESIÓN ESPECIAL.

*Número:* _____    *Resuelto:* 13 de julio de 1988

## RESOLUCIÓN

La Sesión Especial de la Conferencia Judicial de Puerto Rico, que ha de tratar el tema de la independencia judicial, se ha de celebrar los días 6, 7 y 10 de octubre de 1988 en El Centro, Salón de Convenciones, San Juan, Puerto Rico.

De acuerdo con la resolución de este Tribunal de 14 de abril de 1988, el tema de la independencia judicial ha de tratarse en su más amplia dimensión, por lo que no ha de limitarse a las alternativas viables dentro del sistema constitucional vigente, sino que han de explorarse también alternativas que requieran cambios constitucionales. Dentro de ese amplio marco de referencia se han de tratar principalmente las cuestiones siguientes:

(a) El concepto de la independencia judicial a la luz de la Constitución del Estado Libre Asociado de Puerto Rico y de la legislación vigente, incluso el estudio sobre las obligaciones éticas que van unidas a la independencia judicial y perfeccionamiento del principio de neutralidad política de la Judicatura.

(b) Criterios y métodos para la selección y nombramientos de jueces del Tribunal de Primera Instancia y el término de duración de los nombramientos.

(c) Sistema de evaluación judicial y proceso de renominación de jueces.

(d) Autonomía presupuestaria de la Rama Judicial y su impacto sobre las condiciones de trabajo de los jueces. Este

tema también abarcaría la autonomía administrativa de los recursos fiscales.

De conformidad con nuestra Resolución de 30 de junio de 1987, se crea un Comité Asesor sobre Independencia Judicial para evaluar, informar y hacer las recomendaciones que estime pertinentes en relación con el tema que ha de tratar la Conferencia Judicial en la Sesión Especial convocada, así como cualquier otra encomienda que le haga el Tribunal Supremo en relación con dicho asunto. El Comité Asesor sobre Independencia Judicial presentará su informe con recomendaciones específicas para el 20 de septiembre de 1988 y tendrá plena autonomía para, bajo la dirección de su presidente, organizarse en la forma que mejor convenga al descargo de su encomienda.

La integración de los miembros del Comité Asesor sobre Independencia Judicial que aquí se crea, a los fines de la Sesión Especial convocada, será la siguiente:

Lcdo. Rubén Rodríguez Antongiorgi, Presidente
Hon. Miguel A. Rivera Arroyo
Hon. Abner Limardo Sánchez
Hon. Ángel F. Rossy García
Hon. Pedro López Oliver
Hon. Ángel G. Hermida Nadal
Hon. Fernando Gierbolini Borelli
Hon. William F. Santiago Vázquez
Lcda. Judith Berkan
Lcdo. Carlos Ríos Gauthier
Lcdo. Noel González Miranda
Lcdo. Benjamín Rodríguez Ramón
Lcdo. Samuel Céspedes
Lcdo. Manuel Martínez Umpierre
Lcdo. Salvador Antonetti
Lcdo. José Enrique Otero
Lcdo. Raúl González Díaz

Lcda. Maggie Correa
Lcda. Maricarmen Ramos de Szendrey

En el descargo de su encomienda, el Comité Asesor sobre Independencia Judicial podrá contar con el asesoramiento pericial que estime necesario.

La agenda específica de la Sesión Especial se fijará más adelante mediante resolución al efecto.

*Publíquese.*

Lo acordó el Tribunal y certifica el Secretario General Interino.

(*Fdo.*) Heriberto Pérez Ruiz
*Secretario General Interino*